UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Trence Hollis**                                   Docket No. 5:22-CR-206-1D

**Petition for Action on Supervised Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trence Hollis, who, upon a finding of guilty by jury to Wire Fraud, in violation of 18 U.S.C. § 1343, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 11, 2023, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Note: The defendant's special condition of supervised release includes no financial transactions without approval of the probation office.

On January 15, 2025, the defendant was released from custody, at which time the term of supervised release commenced.

On September 17, 2025, the defendant's case was reassigned to Your Honor for all further proceedings.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 4, 2025, the defendant submitted a urine sample that tested positive for marijuana. During contact with the undersigned probation officer, he willing admitted to using the illegal substance. He reported to consuming CBD gummies to cope with his grandmother's death. The defendant was verbally reprimanded for his drug use, counselled about his actions, and cognitive behavioral skills were used to promote improved decision-making. In response to the violation, it is respectfully recommended that the defendant's supervised release be modified to include participation in a substance abuse program as directed by the probation officer. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Trence Hollis
Docket No. 5:22-CR-206-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 252-508-3055
Executed On: September 18, 2025

## ORDER OF THE COURT

Considered and ordered this __19__ day of __September__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge